McGREGOR W. SCOTT
United States Attorney
CATHERINE CERNA
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2762
Fax: (916) 554-2900

Attorneys for the United States of America

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA ex rel. EDNA HENDERSON,<br><br>  Plaintiff,<br><br>  v.<br><br>CATHOLIC HEALTHCARE WEST, a California Corporation; MERCY FAMILY HEALTH CENTER, entity unknown; MERCY DOCTORS MEDICAL GROUP, a California Corporation; MERCY FACULTY PRACTICE MEDICAL GROUP, a California Corporation; METHODIST HOSPITAL FAMILY PRACTICE RESIDENCY PROGRAM, entity unknown; TIMOTHY TAKAGI, M.D.; AMIR SWEHA, M.D.,<br><br>  Defendants. | 2:05 - CV - 01048 FCD KJM<br><br>ORDER ON JOINT NOTICE OF INTERVENTION |

The United States and California having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that the Complaint, the Notice of Intervention, the Settlement Agreement, and this Order, be unsealed;

1  IT IS FURTHER ORDERED that all other previously filed
2  contents of the Court's file in this action remain under seal and
3  not be made public, or served upon the defendants.
4  IT IS FURTHER ORDERED that the seal shall be lifted on all
5  matters occurring in this action after the date of this Order.
6  IT IS SO ORDERED.
7  DATED: October 24, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE