```
McGREGOR W. SCOTT
United States Attorney
CATHERINE CERNA
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2762
Fax: (916) 554-2900
```

Attorneys for the United States of America

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA ex rel. EDNA HENDERSON,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CATHOLIC HEALTHCARE WEST, a California Corporation; MERCY FAMILY HEALTH CENTER, entity unknown; MERCY DOCTORS MEDICAL GROUP, a California Corporation; MERCY FACULTY PRACTICE MEDICAL GROUP, a California Corporation; METHODIST HOSPITAL FAMILY PRACTICE RESIDENCY PROGRAM, entity unknown; TIMOTHY TAKAGI, M.D,; AMIR SWEHA, M.D.,<br><br>　　Defendants. | 2:05 - CV - 01048 FCD KJM<br><br>ORDER ON JOINT STIPULATION OF DISMISSAL |

　　Upon consideration of the Stipulation of Dismissal of the Qui Tam Complaint, filed by the United States, California, and Relator, it is hereby

　　ORDERED that the qui tam complaint is dismissed.  Pursuant to and consistent with the terms of the Settlement Agreement

between the United States, California, Relator and Defendants, (hereinafter "Settlement Agreement"), the dismissal shall be with prejudice as to the Relator, and with prejudice to the United States and California to the extent of the Covered Conduct, as that term is defined in the Settlement Agreement, and otherwise without prejudice to the United States and California.

IT IS SO ORDERED.

DATED: October 24, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE